PAINTER, Judge.
 

 hFor the reasons set forth in the companion case hereto,
 
 State v. Jones,
 
 11-399 (La.App. 3 Cir. 11/2/11), 76 So.3d 1274, Defendant’s convictions are affirmed. However, because Defendant’s habitual offender sentence is indeterminate, the habitual offender sentence is vacated and remanded to the trial court for resentenc-ing. The trial court is directed to clarify which count or counts it is enhancing and to impose separate sentences for each conviction.
 

 Additionally, the trial court is directed to advise the Defendant of the prescriptive period for filing post-conviction relief as required by La.Code Crim.P. art. 930.8.
 

 AFFIRMED; HABITUAL OFFENDER SENTENCE VACATED; AND REMANDED WITH INSTRUCTIONS.